IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.    07-cv-02105-RPM

GLENDA PEMBLE,

    Plaintiff,

v.

MOUNT YALE PORTFOLOIO ADVISORS,
a Delaware Limited Liability Company;

and

MOUNT YALE SECURITIES,
a Colorado Limited Liability Company,

    Defendants.

_____

## ORDER DISMISSING CASE WITHOUT PREJUDICE
_____

    Upon consideration of Plaintiff's Unopposed Motion for Dismissal, this action is hereby dismissed without prejudice. Each party shall bear its own costs and attorneys= fees.

DATED: October 18th, 2007        BY THE COURT:

                                                s/Richard P. Matsch
                                                _____
                                                United States District Court Judge